UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al., No. C07-2100 EMC

 Plaintiffs,

 v. **ORDER OF RECUSAL**

FOSTER FREEZE BERKELEY, et al.,

 Defendants.
_____/

 This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

 IT IS SO ORDERED.

Dated: April 20, 2007

 _____
 EDWARD M. CHEN
 United States Magistrate Judge

**United States District Court**
For the Northern District of California