IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>FOSTER FREEZE BERKELEY, et al.,<br><br>    Defendants._____/ | No. C 07-02100 JSW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TIME TO FILE ANSWER AND REQUIRING JOINT STATUS REPORT** |

On April 13, 2007, Plaintiffs filed the Complaint in this action. On August 15, 2007, the parties submitted a stipulation to permit Defendants additional time to answer, and Defendants filed their answer on that date. The Stipulation is GRANTED *nunc pro tunc* to August 15, 2007. There has been no further activity in this case. Accordingly, the parties are HEREBY ORDERED to submit a joint status report advising the Court of the status of this litigation. The parties joint status report shall be due by no later than March 14, 2008.

**IT IS SO ORDERED.**

Dated: February 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE