IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al.

    Plaintiff,

v.

FOSTER FREEZE BERKELEY, et al.

    Defendants.

                                           /

No. C 07-02100 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On March 11, 2008, the parties submitted a joint status report. There has been no further activity in this case. Accordingly, it is HEREBY ORDERED that the parties shall submit a further joint status report to the Court addressing the progress of this case.

The parties' report shall be due by no later than February 13, 2009.

**IT IS SO ORDERED.**

Dated: February 2, 2009

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE