THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER FREEZE BERKELEY; SUNG C. PAK and GRACE PAK, as trustees of the SUNG C. PAK AND GRACE Y. PAK FAMILY TRUST; and BYUNG H. YOO, an individual dba FOSTER FREEZE #124<br><br>Defendants. | CASE NO. C07-2100-JSW<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: April 16, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /S/
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: April 16, 2009

ANDREW K. JACOBSON,
**BAY OAK LAW**

By: *[signature]*
Andrew K. Jacobson
Attorneys for Defendants SUNG C. PAK and GRACE PAK, as trustees of the SUNG C. PAK AND GRACE Y. PAK FAMILY TRUST; and BYUNG H. YOO, an individual dba FOSTER FREEZE #124

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.~~

Dated: April 20, 2009

*[signature]*
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON        CV-07-2100-JSW        -2-